1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ANTONIO FAHIE,                          CASE NO. 1:09-cv-01024 LJO DLB

10               Plaintiff,                ORDER DIRECTING CLERK OF THE COURT
                                           TO REDESIGNATE CASE AS A PRISONER
11       v.                                CIVIL RIGHTS ACTION

12  MERCY HOSPITAL, et al.,

13               Defendants.
                                     /
14

15       On June 11, 2009, Plaintiff Antonio Fahie filed the complaint upon which this action

16  proceeds.  The Clerk of the Court incorrectly designated the action as a regular civil action.  Upon

17  further review, it has been determined that the present action involves state prison conditions of

18  confinement.  Therefore, the Clerk of the Court is DIRECTED to change the designation of the

19  present case to reflect that of a prisoner civil rights action, and the new case number shall be 1:09-cv-

20  01024-LJO-DLB PC.

21

22       IT IS SO ORDERED.

23  **Dated:    June 16, 2009**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE
24

25
26
27
28

1