# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | CASE NO. 1:09-cv-01024-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 11) |
| MERCY HOSPITAL, et al., | |
| Defendants. | |

Plaintiff Antonio Fahie ("plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2010, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on May 28, 2010.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 19, 2010, is adopted in full;
2. Plaintiff's claims against Defendants SATF, Enenmoh, Peters, Jean Pierre, Shiue, and Rashidi are DISMISSED with prejudice for failure to state a claim; and
3. Plaintiff is granted leave to file a third amended complaint as to his claims against Defendant Mercy Hospital.

IT IS SO ORDERED.

**Dated:   June 21, 2010**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1